# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELKINO DAWKINS, SR.,

    Plaintiff,

v.

SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM,

    Defendant.

Case No. 2:14-cv-01769-LDG (GWF)

**ORDER**

For good cause shown,

THE COURT **ADOPTS** the Report and Recommendation (#5);

THE COURT **ORDERS** that this matter is DISMISSED with prejudice.

DATED this __11__ day of May, 2015.

_____
Lloyd D. George
United States District Judge